# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 16 CR 50060 |
| | ) | |
| Kevin O. Johnson, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is the report and recommendation ("R&R") of the magistrate judge that this court deny defendant's motion for a bill of particulars. Defendant was given until June 9, 2017 to file any objection to the R&R and has failed to do so. Finding no error in the magistrate judge's analysis, his R&R [24] is accepted and defendant's motion for a bill of particulars [17] is denied.

Date: 6/13/2017   ENTER:

_____

FREDERICK J. KAPALA

District Judge